UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANJOT KAUR,

        Petitioner,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

        Respondents.

Case No. C19-1863-RAJ

ORDER OF DISMISSAL

    Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    The Government's motion to dismiss (Dkt. 5) is GRANTED;

    (3)    Petitioner's habeas petition (Dkt. 1) is DENIED;

    (4)    The stay of removal (Dkt. 3) is VACATED;

ORDER OF DISMISSAL - 1

(5) This action is DISMISSED with prejudice; and

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 14th day of April, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2